ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-618 (JMR/FLN)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>V.<br><br>$16,330.00 IN U.S. CURRENCY,<br><br>DEFENDANT. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ENTRY OF DEFAULT |

It appearing that all unknown persons and entities having an interest in the defendant are in default for failure to file a claim and answer or otherwise defend in this action as provided for by Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims;

Now, therefore, on application of the plaintiff, acting through its attorneys of record,

DEFAULT IS HEREBY ENTERED against all unknown persons and entities having an interest in the defendant this _______ day of DEC 04 2000, 20___.

FRANCIS E. DOSAL
CLERK, UNITED STATES DISTRICT COURT

By Shirley Hansen
Deputy Clerk

(26)