UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-618 (JMR/FLN)

UNITED STATES OF AMERICA, )
)
PLAINTIFF, )
)
V. ) ORDER
)
$16,330.00 IN U.S. CURRENCY, )
)
DEFENDANT. )

Based on the plaintiff's motion for a finding of probable cause for forfeiture, for default judgment against all unknown persons and entities having an interest in the defendant pursuant to Rule 55(b)(2), Fed.R.Civ.P., and for forfeiture of the defendant; on all the files and records in this action; and on the Court's finding as follows that:

1. process was fully issued in this action and returned according to law;

2. pursuant to a Warrant of Arrest and Notice In Rem issued by United States Magistrate Judge Franklin L. Noel, the United States Marshal for the District of Minnesota arrested the defendant;

3. a Notice of Arrest was published in the Finance and Commerce, Minneapolis, Minnesota, on March 23, 2000, March 30, 2000, and April 2, 2000;

4. the United States Marshal served the following known persons and entities on the dates indicated with the verified Complaint for Forfeiture, Summons, and Warrant of Arrest and Notice



FILED DEC 08 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

In Rem:

Chue Pao Her on March 29, 2000;

5. Chue Pao Her filed a Claim as to $3,530.00 of the defendant on April 4, 2000, and an Answer to the Complaint for Forfeiture on April 24, 2000;

6. Leng Her filed a Claim as to $1,200.00 of the defendant on April 13, 2000, and an Answer to the Complaint for Forfeiture on April 24, 2000;

7. Lee Her filed a Claim as to $1,600.00 of the defendant on April 12, 2000, and an Answer to the Complaint for Forfeiture on April 24, 2000;

8. Lou Her filed a Claim as to $6,000.00 of the defendant on April 12, 2000, and an Answer to the Complaint for Forfeiture on April 24, 2000;

9. Dang Ner Her filed a Claim as to $4,000.00 of the defendant on April 12, 2000, and an Answer to the Complaint for Forfeiture on April 24, 2000;

10. no other claims and answers have been filed, and the time for filing a claim and answer has expired;

11. on November 21, 2000, the plaintiff and claimants entered into a Stipulation for Settlement of Claims whereby $9,798.00 is forfeited to the United States for disposition in accordance with the law, and $6,532.00 is to be returned to the claimants through their attorney of record;

12. the Clerk of Court entered default against all unknown persons and entities having an interest in the defendant for failure to file a claim and answer or otherwise defend in this action within the time permitted by Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims; and

13. the plaintiff has established probable cause for the forfeiture of the defendant pursuant to 18 U.S.C. §1955(d).

IT IS HEREBY ORDERED that:

1. default judgment is entered against all unknown persons and entities having an interest in the defendant; and

2. all the right, title and interest of the defaulted persons and entities having an interest in the defendant is forfeited to the plaintiff, and no right, title or interest in the defendant shall exist in any other person or entity except as provided for in the Stipulation for Settlement of Claims executed by the plaintiff and the claimants; and

3. the United States Marshal shall dispose of the defendant in accordance with law and the Stipulation for Settlement of Claims executed by the plaintiff and the claimants.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: December 7, 2000

JAMES M. ROSENBAUM
United States District Court Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

00-618JMR/FLN

**DATE MAILED TO COUNSEL/PRO SE PARTIES:** December 8, 2000

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

> ***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

### Prehearing Conference Program

The United States Court of Appeals for the Eighth Circuit has established an early intervention Prehearing Conference Program. The purpose of the program is twofold: (1) to facilitate settlement discussions in civil cases by providing an impartial atmosphere for an open discussion of the case and alternative methods of disposition and (2) to promote the delineation of issues, early resolution of procedural problems, and effective administration of an appeal throughout the appellate process. See 8th Cir. R. 33A.

The program is directed by Mr. John Martin. Mr. Martin screens newly filed appeals based on information furnished by both appellants and appellees in the court's Appeal Information Forms A and B. Contact with counsel is by telephone and in personal conferences held in several cities throughout the Circuit. All communications with Mr. Martin are confidential. Counsel can openly discuss and evaluate the issues and explore alternatives in a non-adversarial setting without fear that the subsequent processing of the appeal or ultimate disposition of the case will be adversely affected by participation in the program.

Participation in the program is voluntary. However, the Court strongly encourages your participation and cooperation. Over the past twenty years, the program has enabled many appellate litigants to achieve mutually satisfactory resolution of certain issues or an overall settlement prior to progressing through all stages of the appellate process. Issue delineation enables counsel to focus only on those issues that need judicial resolution. The program has helped relieve the ever-increasing caseload confronting the Court, and it has also saved litigants and attorneys substantial amounts of time and money.

In order for the program to function effectively certain information must be provided at the initiation of the appeal. *Eighth Circuit Rule 3B directs each civil appellant to: (1) file a completed Appeal Information Form A with the Notice of Appeal at the time the Notice is filed with the District Court clerk and (2) forward a copy of the completed Form A and a copy of Appeal Information Form B to the appellee for completion.* Appellee may complete Form B and send it to the clerk of the Court of Appeals. If you have any questions about the Prehearing Conference Program or the Appeal Information Forms, please contact Mr. Martin at (314)-539-3669.

Forms A and B are available from the District Court clerk and the Court of Appeals clerk and can be found at the Court of Appeals' web site at: www.ca8.uscourts.gov

*June 1, 2000*

Forms/8thcircuitprehearingconf.wpd